# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** ELLENI & RANDY D. BERGER
- **Case Number:** 18-20778-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 27, 2018 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#22 - Final Confirmation of Plan Dated 3/26/2018 (NFC)
#35 - Objection filed by Ally Bank
R / M #: 22 / 0

**Appearances:**

- Debtor: Valencik
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor: Kowalchal for PA Dpt of Rev.

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/7/19 at 10:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

LMP pending
& 506 litigation

9/20/2018   10:09:34 AM