FILED
10/2/18 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-20778 GLT |
| Elleni Berger and | : Chapter 13 |
| Randy D. Berger, | : |
| Debtors, | : Related Document No. 36 & 42 |
| Elleni Berger and | : |
| Randy D. Berger, | : |
| Movants, | : |
| v. | : |
| Cenlar, FSB, | : |
| Respondent. | : |

## ORDER

A *Loss Mitigation Order* dated May 25, 2018, was entered in the above matter at Document No. 36. On September 21, 2018, a *Motion to Extend the Loss Mitigation Period* was filed by Elleni Berger and Randy D. Berger at Document No. 42.

*AND NOW*, this 2nd Day of October, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including the* December 31, 2018.

*IT IS ORDERED,* that the LMP final report is due on the January 7, 2019.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20778-GLT
Elleni Berger                                                           Chapter 13
Randy D. Berger
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut             Page 1 of 1           Date Rcvd: Oct 02, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db/jdb         +Elleni Berger,   Randy D. Berger,   150 Millview Drive,   Pittsburgh, PA 15238-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Anthony T. Kovalchick    on behalf of Defendant    Commonwealth of Pennsylvania Department of
               Revenue akovalchick@attorneygeneral.gov
              David Z. Valencik    on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Elleni  Berger dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Elleni  Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Randy  Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Elleni  Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Ally Bank
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Ally Bank pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Fox Chapel jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Ally Bank pawb@fedphe.com
                                                                                             TOTAL: 18