# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 18-20778 GLT |
| Elleni Berger and | ) |
| Randy D. Berger, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Elleni Berger and | ) **Related Document** No. 48 |
| Randy D. Berger, | ) |
| **Movants,** | ) **Status Conf:** 04/10/19 @ 11:00 a.m. |
| v. | ) |
| Cenlar, FSB, | ) |
| **Respondent.** | ) Document No. |

## STATUS REPORT

**AND NOW,** come the Debtors, Elleni Berger and Randy D. Berger, by and through their attorneys, Calaiaro Valencik and David Z. Valencik, and presents the following Status Report:

1. Elleni Berger and Randy D. Berger filed a bankruptcy under Chapter 13 of the United States Bankruptcy Code on March 1, 2018, at Case No. 18-20778 GLT.

2. The Debtors filed a Motion for Loss Mitigation on May 10, 2018, at Document No. 34.

3. A Loss Mitigation Order was entered on May 25, 2018, at Document No. 36.

4. On July 24, 2018, Debtors filed a Loss Mitigation Status Report at Document No. 41.

5. Debtors' counsel filed a motion to extend the loss mitigation period on September 21, 2018, at Document No. 42.

6. An Order was entered on October 2, 2018, extending the loss mitigation period up to and including December 31, 2018.

7. The Debtors filed an Interim Mortgage Modification Order on October 26, 2018, at Document No. 46.

8. The Court approved the Interim Mortgage modification Order on October 29, 2018, at Document No. 47.

9. Debtors' counsel filed a second motion to extend the loss mitigation period on February 15, 2019, at Document No. 54.

10. An Order was entered on February 19, 2019, extending the loss mitigation period up to and including April 12, 2019.

11. The Debtors' loan was approved for a loan modification on March 7, 2019.

12. The Debtors have accepted the loan modification and filed a motion to authorize the loan modification on April 2, 2019, at Document No. 58.

**Respectfully submitted,**

**DATED:** April 2, 2019          **BY:**    /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**    /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 18-20778 GLT |
| Elleni Berger and | ) |
| Randy D. Berger, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Elleni Berger and | ) **Related Document** No. 48 |
| Randy D. Berger, | ) |
| **Movants,** | ) **Status Conf:** 04/10/19 @ 11:00 a.m. |
| **v.** | ) |
| Cenlar, FSB, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Status Report

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 2, 2019.

**SERVICE BY NEF**:
James Warmbrodt on behalf of Creditor Cenlar FSB as servicer for Ally Bank;bkgroup@kmllawgroup.com
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** April 2, 2019    /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**