### IN IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20778 GLT |
| Elleni Berger and | ) |
| Randy D. Berger, | ) **Chapter** 13 |
|       **Debtors,** | ) |
| | ) **Related to Document 58-59** |
| Elleni Berger and | ) |
| Randy D. Berger, | ) **Hearing Date:** 05/08/19 @ 9:00 a.m. |
| **Movants,** | ) |
|       **vs.** | ) **Response Due:** 04/19/19 |
| Cenlar, FSB, | ) |
| **Respondent.** | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### Motion to Authorize Loan Modification - Document No. 58

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Authorize Loan Modification** filed on April 2, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Authorize Loan Modification** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Authorize Loan Modification I** were to be filed and served no later than April 19, 2019.

It is hereby respectfully requested that the Order attached to the **Motion to Authorize Loan Modification** be entered by the Court.

**Dated:** April 22, 2019  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**