FILED
4/23/19 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20778 GLT |
| Elleni Berger and | ) |
| Randy D. Berger, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Elleni Berger and | ) |
| Randy D. Berger, | ) **Hearing Date:** 05/08/19 @ 9:00 a.m. |
| **Movants,** | ) |
| vs. | ) **Response Due:** 04/19/19 |
| Cenlar, FSB, | ) |
| **Respondent.** | ) **Document No.** |

Related to Docket No. 58

### ORDER OF COURT

**AND NOW**, this __23rd__ day of ____April____, 2019, on motion of the Debtor, it is hereby **ORDERED** that the Loan Modification Agreement between Cenlar, FSB and the Debtors is approved with the following material terms:

A. **New Principal Balance**: The new principal balance now owed with respect to the Loan shall be $507,621.87 (the "New Principal Balance").

B. **Interest Rate**: The Debtors promise to pay the New Principal Balance plus interest. From the Effective Date of this Agreement, interest will be charged on the unpaid New Principal Balance at an annual rate equal to 3.250% for the life of Debtors' modified account.

C. **Down Payment**: There is no down payment required for this modification.

D. **New Monthly Payment**: The new **total** monthly payment amount will be $3,263.97. The itemized breakdown of the total monthly payment is as follows:
   i. Principal and Interest portion of payment = $1,891.10
   ii. Tax and Insurance portion of payment = $1,372.87.

E. **Payment Term**: The first New Monthly Payment will be due on April 1, 2019, with all of the subsequent New Monthly Payments due on the first day of each month following this date and continuing until the maturity date on March 1, 2059.

**IT IS ORDERED**, that all other terms of the Loan Modification Agreement are approved;

**IT IS ORDERED**, that the executed Home Affordable Loan Modification Agreement is approved. The Debtor shall file a Final Loss Mitigation Report within 14 days of the date of this order which would be May 7, 2019

By the Court,

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Elleni Berger
Randy D. Berger
    Debtors

Case No. 18-20778-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: mgut  Page 1 of 2  Date Rcvd: Apr 23, 2019
                    Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db/jdb         +Elleni Berger,   Randy D. Berger,   150 Millview Drive,   Pittsburgh, PA 15238-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
         Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
         Anthony T. Kovalchick    on behalf of Defendant    Commonwealth of Pennsylvania Department of
           Revenue akovalchick@attorneygeneral.gov
         David Z. Valencik    on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         David Z. Valencik    on behalf of Debtor Elleni  Berger dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         Donald R. Calaiaro    on behalf of Plaintiff Elleni  Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         Donald R. Calaiaro    on behalf of Plaintiff Randy  Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor Elleni  Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         Donald R. Calaiaro    on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         James  Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Ally Bank
           bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    Ally Bank pawb@fedphe.com,
           james.prostko@phelanhallinan.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Fox Chapel jhunt@grblaw.com,
           cnoroski@grblaw.com
         Jodi L. Hause    on behalf of Defendant    PNC Bank jodi.hause@phelanhallinan.com,  pawb@fedphe.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
         Mario J. Hanyon    on behalf of Creditor    Ally Bank pawb@fedphe.com
         Matthew Bryce Miller    on behalf of Defendant    The United States of America, The Internal
           Revenue Service Matthew.B.Miller@usdoj.gov,  Eastern.taxcivil@usdoj.gov
         Nishant  Kumar    on behalf of Defendant    The United States of America, The Internal Revenue
           Service nishant.kumar@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov

```
District/off: 0315-2          User: mgut                Page 2 of 2              Date Rcvd: Apr 23, 2019
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Thomas   Song    on behalf of Creditor    Ally Bank pawb@fedphe.com
                                                                          TOTAL: 23