# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 18-20778-GLT |
| Elleni Berger and ) | |
| Randy D. Berger, ) | **Chapter** 13 |
| **Debtor,** ) | |
| Nationstar Mortgage LLC ) | |
| d/b/a Mr. Cooper ) | |
| **Movant,** ) | **Related to claim No:** 19 |
| vs. ) | |
| Elleni Berger and Randy D. Berger ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| **Respondent.** ) | **Document No.** |

## DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT

**AND NOW,** comes the Debtors, Elleni Berger and Randy D. Berger by and through their attorneys, CALAIARO VALENCIK and David Z. Valencik, and presents the following:

1. This case was filed on March 1, 2018, under Chapter 13 of the United States Bankruptcy Code.

2. A Notice of Mortgage Payment Change was filed by Nationstar Mortgage LLC d/b/a Mr. Cooper on April 5, 2019, which changed the escrow payment less than $5.00 per month.

3. The Debtors' current plan is overfunded and there is no reason to amend the Debtor's Chapter 13 Plan at this time.

**Respectfully submitted,**

**Dated:** April 26, 2019

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA 15219-1621**
**(412) 232-0930**