# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | ELLENI & RANDY D. BERGER |
| Case Number: | 18-20778-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 25, 2019  11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#22 - Continued Confirmation of Plan Dated 326/2018 (NFC)
R / M #:  22 / 0

### *Appearances:*

Valenik

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

Kovalchik — PA Rev

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __12/19/19__ at __11:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/16/2019   9:05:35AM