Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Elleni Berger
aka Elleni Klimantis, aka Helen Berger
Randy D. Berger**
   Debtor(s)

Bankruptcy Case No.: 18−20778−GLT
Related to Docket No. 72
Chapter: 13
Docket No.: 73 − 72
Concil. Conf.: February 6, 2020 at 11:00 AM

# ORDER SCHEDULING DATES FOR HEARING ON
# AND OBJECTION TO AMENDED PLAN DATED 12/11/2019

    **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

    *On or before January 13, 2020,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

    *On February 6, 2020 at 11:00 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    The Conciliation Conference set for 12/19/2019 is Cancelled.

                                                               _____
                                                               Gregory L. Taddonio, Judge
                                                               United States Bankruptcy Court

Dated: December 12, 2019

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20778-GLT
Elleni Berger                                                           Chapter 13
Randy D. Berger
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 3              Date Rcvd: Dec 12, 2019
                              Form ID: 202            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
```
db/jdb       +Elleni Berger,    Randy D. Berger,    150 Millview Drive,    Pittsburgh, PA 15238-1626
cr           +Borough of Fox Chapel,    Goehring, Rutter & Boehm,    437 Grant Street,    Frick Building,
               Pittsburgh, PA   15219,    UNITED STATES 15219-6002
cr           +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
               Manor Building,    Pittsburgh, PA 15219-2908
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14831109     +ALLY BANK,   CENLAR FSB,    Attn: BK Department,    425 PHILLIPS BLVD.,    EWING, NJ 08618-1430
14784057     +Allstate,    1200 Atwater Drive, Suite 110,    Malvern, PA 19355-8782
14784058     +Ally Financial Bank/Cenlar,    425 Phillips Blvd,    Trenton, NJ 08618-1430
14817780      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
14784059     #+Arthur Lashin, Esquire,    Hayt, Hayt & Landau, LLC,    123 S. Broad Street, Suite 1660,
               Philadelphia, PA 19109-1003
14814960     +Borough of Fox Chapel,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14784061     +Clearspring Loan Services, Inc.,    P.O. Box 52238,    Idaho Falls, ID 83405-2238
14784062      Commonwealth of PA,    Department of Revenue,    Bureau of Compliance,    Department 280946,
               Harrisburg, PA 17128-0432
14784065     +Duqesne Light,    411 7th Avenue,    Pittsburgh, PA 15219-1942
14784067    ++FARMERS FINANCIAL SERVICES INC,     5922 CURZON AVE,    FORT WORTH TX 76107-5012
              (address filed with court: Farmers Financial Services Inc.,     2905 Lackland , Suite A,
               Fort Worth, TX 76116)
14830993     +Federal National Mortgage Association,    c/o Seterus Inc,    PO Box 1047,
               Hartford, CT 06143-1047
14784068     +Fox Chapel Area School District,    c/o Paul J. Giuffre, Solicitor, FCASD,
               221 Commercial Avenue, Suite 200,    Pittsburgh, PA 15215-3054
14784069     +Fox Chapel Authority,    255 Alpha Drive,    Pittsburgh, PA 15238-2944
14826966     +Fox Chapel Authority,    c/o Mark Nicely, Manager,    255 Alpha Drive,
               Pittsburgh, PA 15238-2944
14784070     +Honorable Elissa Marie Lang,    Magisterial District Court 05-2-04,    1205 Main Street,
               Pittsburgh, PA 15215-2409
15064182     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14784073     +PA Depertment of Revenue,    Bureau of Compliance,    Lien Section,    P.O. Box 280948,
               Harrisburg, PA 17128-0948
14784076     +PNC Bank,    One PNC Plaza,    249 Fifth Avenue,    Pittsburgh, PA 15222-2707
14784075      Peter Wapner, Esquire,    Phelan Hallian Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
               One Penn Center Plaza,    Philadelphia, PA 19103
14784078     #+Seterus,    P.O. Box 1077,    Hartford, CT 06143-1077
14784079     +UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
14821201      UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14821577      UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14784080      UPMC St. Margaret,    P.O. Box 382059,    Pittsburgh, PA 15250-8059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14825967      E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 13 2019 03:37:43
               Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
14784060      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2019 03:37:40        Capital One Bank,
               P.O. Box 71083,    Charlotte, NC 28272-1083
14797134      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2019 03:37:40
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14784063     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:21:15
               Commonwealth of PA Department of Revenue,    11th Floor, Strawberry Square,
               Harrisburg, PA 17128-0001
14784064     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2019 03:38:23        Credit One Bank,
               P.O. Box 60500,    City of Industry, CA 91716-0500
14826777     +E-mail/Text: kburkley@bernsteinlaw.com Dec 13 2019 03:21:42        Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14784072      E-mail/Text: cio.bncmail@irs.gov Dec 13 2019 03:21:06        Internal Revenue Service,
               Cincinnati, OH 45999
14826115      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 03:37:51
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14828080     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 03:38:25
               PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14799099      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:21:16
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA  17128-0946
14822133      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2019 03:38:34        Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
```

```
District/off: 0315-2              User: dbas                 Page 2 of 3                   Date Rcvd: Dec 12, 2019
                                  Form ID: 202               Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
                                                                                                        TOTAL: 11

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ally Bank
cr              Cenlar FSB as servicer for Ally Bank
cr              Federal National Mortgage Association (Fannie Mae)
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
14784074        Pallas Associates, Inc.
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14784071*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Philadelphia, PA 19255)
14784066      ##+Equitable Gas,   P.O. Box 6766,   Pittsburgh, PA 15212-0766
14784077      ##+Ratchford Law Group, P.C.,   409 Lackawanna Ave. Suite 320,    Scranton, PA 18503-2059
                                                                                     TOTALS: 5, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Anthony T. Kovalchick    on behalf of Defendant    Commonwealth of Pennsylvania Department of
               Revenue akovalchick@attorneygeneral.gov
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              David Z. Valencik    on behalf of Debtor Elleni  Berger dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Elleni  Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Randy  Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Elleni  Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Ally Bank
               bkgroup@kmllawgroup.com

```
District/off: 0315-2           User: dbas              Page 3 of 3              Date Rcvd: Dec 12, 2019
                               Form ID: 202            Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James Warmbrodt    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Fox Chapel jhunt@grblaw.com, cnoroski@grblaw.com
          Jodi L. Hause    on behalf of Defendant    PNC Bank jodi.hause@phelanhallinan.com, pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
          Mario J. Hanyon    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Matthew Bryce Miller    on behalf of Defendant    The United States of America, The Internal Revenue Service Matthew.B.Miller@usdoj.gov, Eastern.taxcivil@usdoj.gov
          Nishant Kumar    on behalf of Defendant    The United States of America, The Internal Revenue Service nishant.kumar@usdoj.gov, Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert Davidow    on behalf of Creditor    Ally Bank robert.davidow@phelanhallinan.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Thomas Song    on behalf of Creditor    Ally Bank pawb@fedphe.com

                                                                                TOTAL: 24