**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                   Bankruptcy Case No.: 18−20778−GLT
                                                                         Related to Docket No. 80
                                                                         Chapter: 13
                                                                         Docket No.: 81 − 80
                                                                         Conciliation Conference Date: 6/25/20 at 02:30 PM

**Elleni Berger**
**aka Elleni Klimantis, aka Helen Berger**                               Randy D. Berger
    Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____    _____
                        (Date)                                               (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Elleni Berger
Randy D. Berger
    Debtors

Case No. 18-20778-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas               Page 1 of 2           Date Rcvd: Apr 28, 2020
                              Form ID: 150             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
db/jdb         +Elleni Berger,    Randy D. Berger,    150 Millview Drive,    Pittsburgh, PA 15238-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov
          Anthony T. Kovalchick    on behalf of Defendant    Commonwealth of Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov
          David Z. Valencik    on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          David Z. Valencik    on behalf of Debtor Elleni  Berger dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Elleni  Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Randy  Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Elleni  Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James  Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Ally Bank bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Fox Chapel jhunt@grblaw.com, cnoroski@grblaw.com
          Jodi L. Hause    on behalf of Defendant    PNC Bank jodi.hause@phelanhallinan.com, pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
          Mario J. Hanyon    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Mark B. Peduto    on behalf of Joint Debtor Randy D. Berger mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
          Mark B. Peduto    on behalf of Debtor Elleni  Berger mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com

```
District/off: 0315-2            User: dbas              Page 2 of 2             Date Rcvd: Apr 28, 2020
                                Form ID: 150            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Matthew Bryce Miller    on behalf of Defendant    The United States of America, The Internal Revenue Service Matthew.B.Miller@usdoj.gov, Eastern.taxcivil@usdoj.gov
         Nishant Kumar    on behalf of Defendant    The United States of America, The Internal Revenue Service nishant.kumar@usdoj.gov, Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert Davidow    on behalf of Creditor    Ally Bank robert.davidow@phelanhallinan.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Thomas Song    on behalf of Creditor    Ally Bank pawb@fedphe.com

                                                                                                                           TOTAL: 26