Form 202

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Elleni Berger**
**aka Elleni Klimantis, aka Helen Berger**
**Randy D. Berger**
Debtor(s)

Bankruptcy Case No.: 18−20778−GLT
Related to Docket No. 80
Chapter: 13
Docket No.: 81 − 80
Concil. Conf.: June 25, 2020 at 02:30 PM

**ORDER SCHEDULING DATES FOR HEARING ON**
**AND OBJECTION TO AMENDED PLAN DATED 4/27/2020**

**IT IS HEREBY ORDERED** that the Debtor(s) shall ***immediately*** serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

***On or before May 28, 2020,*** all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. ***Objections which are not timely filed will not be considered.***

***On June 25, 2020 at 02:30 PM,*** a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

The Conciliation Conference Set for 5/7/2020 is Cancelled.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: April 28, 2020

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Elleni Berger
Randy D. Berger
Debtors

Case No. 18-20778-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2 User: dbas Page 1 of 2 Date Rcvd: Apr 28, 2020
Form ID: 202 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
db/jdb +Elleni Berger, Randy D. Berger, 150 Millview Drive, Pittsburgh, PA 15238-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:

Ann E. Swartz on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
Anthony T. Kovalchick on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov
Anthony T. Kovalchick on behalf of Defendant Commonwealth of Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov
David Z. Valencik on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
David Z. Valencik on behalf of Debtor Elleni Berger dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
Donald R. Calaiaro on behalf of Plaintiff Elleni Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
Donald R. Calaiaro on behalf of Plaintiff Randy Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
Donald R. Calaiaro on behalf of Debtor Elleni Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
Donald R. Calaiaro on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
James Warmbrodt on behalf of Creditor Cenlar FSB as servicer for Ally Bank bkgroup@kmllawgroup.com
James Warmbrodt on behalf of Creditor Ally Bank bkgroup@kmllawgroup.com
James A. Prostko on behalf of Creditor Ally Bank pawb@fedphe.com
Jeffrey R. Hunt on behalf of Creditor Borough of Fox Chapel jhunt@grblaw.com, cnoroski@grblaw.com
Jodi L. Hause on behalf of Defendant PNC Bank jodi.hause@phelanhallinan.com, pawb@fedphe.com
Keri P. Ebeck on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
Kevin Scott Frankel on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
Mario J. Hanyon on behalf of Creditor Ally Bank pawb@fedphe.com
Mark B. Peduto on behalf of Joint Debtor Randy D. Berger mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
Mark B. Peduto on behalf of Debtor Elleni Berger mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Matthew Bryce Miller on behalf of Defendant The United States of America, The Internal Revenue Service Matthew.B.Miller@usdoj.gov, Eastern.taxcivil@usdoj.gov
Nishant Kumar on behalf of Defendant The United States of America, The Internal Revenue Service nishant.kumar@usdoj.gov, Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
Robert Davidow on behalf of Creditor Ally Bank robert.davidow@phelanhallinan.com
Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
Thomas Song on behalf of Creditor Ally Bank pawb@fedphe.com

TOTAL: 26