FILED
6/11/20 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ELLENI BERGER<br>A/K/A ELLENI KLIMANTIS A/K/A HELEN BERGER<br>RANDY D. BERGER<br>　　　　　Debtors<br><br>PNC BANK<br>　　　　　Movant<br>　　v.<br>ELLENI BERGER<br>A/K/A ELLENI KLIMANTIS A/K/A HELEN BERGER<br>RANDY D. BERGER<br>　　　　　Respondents | BK. No. 18-20778-GLT<br><br>Chapter No. 13<br><br><br><br>Related to Docket No. 85 & 86 |

## PRAECIPE TO WITHDRAW THE OBJECTION TO PLAN

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

　　Kindly withdraw the Objection to Plan, filed on May 28, 2020, Docket Entry 85.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Mario J. Hanyon, Esquire
　　　　　　　　　　　　　　　　　　Mario J. Hanyon, Esq., Id. No.203993
　　　　　　　　　　　　　　　　　　Phelan Hallinan Diamond & Jones, LLP
　　　　　　　　　　　　　　　　　　1617 JFK Boulevard, Suite 1400
　　　　　　　　　　　　　　　　　　One Penn Center Plaza
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Phone Number: 215-563-7000 Ext 31340
　　　　　　　　　　　　　　　　　　Fax Number: 215-568-7616
　　　　　　　　　　　　　　　　　　Email: mario.hanyon@phelanhallinan.com

June 10, 2020

SO ORDERED
June 11, 2020

*(signature)*
drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Elleni Berger
Randy D. Berger
    Debtors

Case No. 18-20778-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dpas                  Page 1 of 2                  Date Rcvd: Jun 11, 2020
                             Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.
db/jdb         +Elleni Berger,    Randy D. Berger,    150 Millview Drive,    Pittsburgh, PA 15238-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
           ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          Anthony T. Kovalchick    on behalf of Defendant    Commonwealth of Pennsylvania Department of
           Revenue akovalchick@attorneygeneral.gov
          David Z. Valencik    on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          David Z. Valencik    on behalf of Debtor Elleni  Berger dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Elleni  Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Randy  Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Elleni  Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James  Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Ally Bank
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Fox Chapel jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jodi L. Hause    on behalf of Defendant    PNC Bank jodi.hause@phelanhallinan.com, pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
          Mario J. Hanyon    on behalf of Creditor Bank   PNC pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Ally Bank pawb@fedphe.com
          Mark B. Peduto    on behalf of Joint Debtor Randy D. Berger mpeduto@c-vlaw.com,
           jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
          Mark B. Peduto    on behalf of Debtor Elleni  Berger mpeduto@c-vlaw.com,
           jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com

```
District/off: 0315-2          User: dpas              Page 2 of 2             Date Rcvd: Jun 11, 2020
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Matthew Bryce Miller  on behalf of Defendant  The United States of America, The Internal Revenue Service Matthew.B.Miller@usdoj.gov, Eastern.taxcivil@usdoj.gov
    Nishant Kumar  on behalf of Defendant  The United States of America, The Internal Revenue Service nishant.kumar@usdoj.gov, Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov
    Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
    Robert Davidow  on behalf of Creditor  Ally Bank robert.davidow@phelanhallinan.com
    Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
    S. James Wallace  on behalf of Creditor  Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    Thomas Song  on behalf of Creditor Bank  PNC pawb@fedphe.com
    Thomas Song  on behalf of Creditor  Ally Bank pawb@fedphe.com

                            TOTAL: 28