FILED
7/1/20 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ELLENI & RANDY D. BERGER
- Case Number: 18-20778-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 25, 2020 02:30 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#80 - Amended Plan Dated 4/27/2020 (NFC)
R / M #: 80 / 0

**Appearances:**

- Debtor: Peduto
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor: Kovalchick for PA Dept of Rev.

**Proceedings:** Nishant Kumar for IRS

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 10/8/20 at 1:30 pm
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other: parties (Debtors and taxing bodies) are still seeking to resolve claim treatment.