**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:

Elleni Berger aka Elleni Klimantis aka Helen Berger
Randy D. Berger

Debtor(s).

Case No. 18-20778-GLT
Chapter 13

## NOTICE OF APPEARANCE

**Ally Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    */s/ Daniel P. Jones, Esquire*
Daniel P. Jones, Esquire,
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of October, 2020, to the following:

Donald R. Calaiaro
Calairo Valencik
938 Penn Avenue
Suite 501
Pittsburgh, PA 15222-3708
dcalaiaro@c-vlaw.com
***Attorney for Debtor(s)***


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***


U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Elleni Berger aka Elleni Klimantis aka Helen Berger
150 Millview Drive
Pittsburgh, PA 15238

Randy D. Berger
150 Millview Drive
Pittsburgh, PA 15238
***Debtor(s)***


      By:    */s/Daniel P. Jones, Esquire*