# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ELLENI & RANDY D. BERGER
- Case Number: 18-20778-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 11:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
12/21/20 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#80 - Final Confirmation of Plan Dated 4/27/2020 (NFC)
#96 - Objection filed by IRS
R / M #: 80 / 0

**Appearances:**

Debtor: Peduto

Trustee: Winnecour / Pall / Katz / (DeSimone)

Creditor:
- Kavalchick   Pa Revenue
- Locnikar    IRS
- Kelly    US Bank

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **12-24-20**.
   Objections are due on or before **1-15-21**.
   A hearing on the Amended Plan is set for **2-4-21** at **10:30**.
9. ____ Contested Hearing _____ at _____.
10. ____ Other:

12/8/2020 11:14:39AM