Form 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Elleni Berger**
**aka Elleni Klimantis, aka Helen Berger**
**Randy D. Berger**
  Debtor(s)

Bankruptcy Case No.: 18−20778−GLT
Chapter: 13
Related to Document No.: 80
Concil. Conf.: February 4, 2021 at 10:30 AM

## ORDER

On December 17, 2020, a Conciliation Conference was conducted on thePlan Dated 4/27/2020, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 21st of December, 2020**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before 12/24/2020,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

(2)  **On or before 1/15/2021,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3)  **On February 4, 2021 at 10:30 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

(4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: December 21, 2020

cm: Debtor
   Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20778-GLT |
| Elleni Berger | Chapter 13 |
| Randy D. Berger | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Dec 21, 2020 | Form ID: 005 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Elleni Berger, Randy D. Berger, 150 Millview Drive, Pittsburgh, PA 15238-1626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Anthony T. Kovalchick | on behalf of Defendant Commonwealth of Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Ally Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | |

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 005 | Total Noticed: 1 |

        on behalf of Creditor Ally Bank bnicholas@kmllawgroup.com

Daniel Philip Jones
        on behalf of Creditor Ally Bank djones@sterneisenberg.com  bkecf@sterneisenberg.com

David Z. Valencik
        on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com
cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
        on behalf of Debtor Elleni Berger dvalencik@c-vlaw.com
cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
        on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
        on behalf of Plaintiff Elleni Berger dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
        on behalf of Plaintiff Randy Berger dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
        on behalf of Debtor Elleni Berger dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
        on behalf of Creditor Ally Bank pawb@fedphe.com

Jeffrey R. Hunt
        on behalf of Creditor Borough of Fox Chapel jhunt@grblaw.com  cnoroski@grblaw.com

Jill Locnikar
        on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
        on behalf of Defendant PNC Bank jodi.hause@phelanhallinan.com  pawb@fedphe.com

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com

Kristen D. Little
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

Mario J. Hanyon
        on behalf of Creditor Bank PNC mario.hanyon@brockandscott.com  wbecf@brockandscott.com

Mario J. Hanyon
        on behalf of Creditor Ally Bank mario.hanyon@brockandscott.com  wbecf@brockandscott.com

Mark B. Peduto
        on behalf of Debtor Elleni Berger mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
        on behalf of Joint Debtor Randy D. Berger mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew Bryce Miller
        on behalf of Defendant The United States of America  The Internal Revenue Service Matthew.B.Miller@usdoj.gov,
Eastern.taxcivil@usdoj.gov

Nishant Kumar
        on behalf of Defendant The United States of America  The Internal Revenue Service nishant.kumar@usdoj.gov,
Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Robert Davidow

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Dec 21, 2020 | Form ID: 005 | Total Noticed: 1 |

    on behalf of Creditor Ally Bank robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bank PNC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Ally Bank pawb@fedphe.com

TOTAL: 32