**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-20778-GLT |
| Elleni Berger | ) |
| Randy D. Berger, | ) **Chapter** 13 |
|       **Debtor,** | ) |
| Elleni Berger | ) |
| Randy D. Berger, | ) |
|       **Movant,** | ) |
| | ) **Hearing Date:** 2/04/2021 @ 10:30 am |
|       v. | ) |
| United States of America, | ) **Response Due:** 1/27/2021 |
| Internal Revenue Service, | ) |
|       **Respondent.** | ) Related to Document No. 108 |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING DEBTOR'S OBJECTION TO THE SECOND AMENDED CLAIM OF UNITED STATESOF AMERICA, INTERNAL REVENUE SERVICE**

*(MODIFIED PROCEDURES FOR REMOTE PARTICIPATION)*

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **January 27, 2021**, (*i.e.*, thirty (30) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **video conference** will be held on **February 4, 2021, at 10:30 a.m.** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| **Dated:** December 28, 2020 | **BY:**  /s/ Mark B. Peduto |
| | **Mark B. Peduto, Esquire** |
| | **PA I.D. No. 62923** |
| | **mpeduto@c-vlaw.com** |
| | **CALAIARO VALENCIK** |
| | **938 Penn Avenue, Suite 501** |
| | **Pittsburgh, PA  15222-3708** |
| | **(412) 232-0930** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-20778-GLT |
| Elleni Berger | ) |
| Randy D. Berger, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Elleni Berger | ) |
| Randy D. Berger, | ) |
| **Movant,** | ) |
| | ) **Hearing Date:** |
| **v.** | ) |
| United States of America, | ) **Response Due:** |
| Internal Revenue Service, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF NOTICE OF VIDEO CONFERENCE HEARING AND DEBTOR'S OBJECTION TO THE SECOND AMENDED CLAIM OF UNITED STATESOF AMERICA, INTERNAL REVENUE SERVICE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 28, 2020.

**SERVICE BY FIRST-CLASS MAIL**:
United States of America, Internal Revenue Service
1000 Liberty Avenue, Rm 711B
Pittsburgh, PA 15222

William P. Barr, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jill Locnikar, Assistant US Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Scott W. Brady, United States Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Elleni and Randy D. Berger
130 Millview Drive
Pittsburgh, PA 15235

**SERVICE BY NEF**:
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** December 28, 2020           **BY:**   /s/ Mark B. Peduto
                                       **Mark B. Peduto, Esquire**
                                       **PA I.D. No. 62923**
                                       **mpeduto@c-vlaw.com**
                                       **CALAIARO VALENCIK**
                                       **938 Penn Avenue, Suite 501**
                                       **Pittsburgh, PA  15222-3708**
                                       **(412) 232-0930**