## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In Re:<br>Elleni Berger aka Elleni Klimantis aka Helen Berger<br>Randy D. Berger<br>          Debtor(s)<br>Ally Bank.<br>          Movant<br>v.<br>Elleni Berger aka Elleni Klimantis aka Helen Berger<br>Randy D. Berger<br>          Respondent(s) | Chapter: 13<br><br>Case No: 18-20778-GLT |

### PRAECIPE TO MARK OBECTION TO CONFIRMATION OF PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, Ally Bank, on May 22, 2018, Document 35 as moot as a Loan Modification was filed.

                                      Respectfully submitted,
                                      STERN & EISENBERG, PC
                                      *By: /s/ Daniel P. Jones*_____
                                      Daniel P. Jones, Esquire
                                      Stern & Eisenberg, PC
                                      Bar Number: 321876
Date: February 3, 2021                Counsel for Movant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| In Re:<br>Elleni Berger aka Elleni Klimantis aka Helen Berger<br>Randy D. Berger<br>　　　　　Debtor(s)<br>Ally Bank.<br>　　　　　Movant<br>v.<br>Elleni Berger aka Elleni Klimantis aka Helen Berger<br>Randy D. Berger<br>　　　　　Respondent(s) | Chapter: 13<br><br>Case No: 18-20778-GLT |

**CERTIFICATE OF SERVICE OF PRAECIPE TO MARK OBJECTION TO PLAN MOOT**

　　I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Donald R. Calaiaro
Calairo Valencik
938 Penn Avenue
Suite 501
Pittsburgh, PA 15222-3708
dcalaiaro@c-vlaw.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　STERN & EISENBERG, PC
　　　　　　　　　　　　　　　　　　　　*By:_/s/ Daniel P. Jones_____*
　　　　　　　　　　　　　　　　　　　　Daniel P. Jones, Esquire
　　　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　　　　　　　Bar Number: 321876
Date: February 3, 2021　　　　　　　　　Counsel for Movant