FILED
4/6/21 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 18-20778-GLT |
| Elleni Berger | ) |
| Randy D. Berger, | ) Chapter 13 |
| **Debtors,** | ) |
| Elleni Berger | ) |
| Randy D. Berger, | ) |
| **Movants,** | ) Hearing Date: 04/07/2021 @ 2:00 p.m. |
| v. | ) |
| United States of America, | ) Response Due: 03/30/21 |
| Internal Revenue Service, | ) |
| **Respondent.** | ) Related to Docket No. 111 and 130 |

## ORDER OF COURT

**AND NOW,** this 6th day of April 2021, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Debtors' Objection to Second Amend Claim of the Internal Revenue Service is withdrawn without prejudice and the hearing scheduled for April 7, 2021, at 2:00 p.m. is cancelled.

By the Court,

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20778-GLT |
| Elleni Berger | Chapter 13 |
| Randy D. Berger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 3 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elleni Berger, Randy D. Berger, 150 Millview Drive, Pittsburgh, PA 15238-1626 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Anthony T. Kovalchick | on behalf of Defendant Commonwealth of Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Ally Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ally Bank bnicholas@kmllawgroup.com |

Case 18-20778-GLT   Doc 132   Filed 04/08/21   Entered 04/09/21 00:43:08   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Daniel Philip Jones
    on behalf of Creditor Ally Bank djones@sterneisenberg.com bkecf@sterneisenberg.com

David Z. Valencik
    on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
    on behalf of Debtor Elleni Berger dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Randy Berger dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Elleni Berger dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Elleni Berger dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
    on behalf of Creditor Ally Bank pawb@fedphe.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Fox Chapel jhunt@grblaw.com cnoroski@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
    on behalf of Defendant PNC Bank jodi.hause@phelanhallinan.com pawb@fedphe.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com klittle@logs.com;logsecf@logs.com

Lauren Moyer
    on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com

Mario J. Hanyon
    on behalf of Creditor Bank PNC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Ally Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mark B. Peduto
    on behalf of Plaintiff Randy Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Debtor Elleni Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff Elleni Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Joint Debtor Randy D. Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew Bryce Miller
    on behalf of Defendant The United States of America The Internal Revenue Service Matthew.B.Miller@usdoj.gov,
    Eastern.taxcivil@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 3 of 3 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Nishant Kumar
    on behalf of Defendant The United States of America The Internal Revenue Service nishant.kumar@usdoj.gov, Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov

Nishant Kumar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service nishant.kumar@usdoj.gov, Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Ally Bank robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bank PNC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Ally Bank pawb@fedphe.com

TOTAL: 35