# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
5/7/21 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

**Debtor:** ELLENI & RANDY D. BERGER
**Case Number:** 18-20778-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 06, 2021 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#104 - Amended Plan Dated 12/23/2020 (NFC)
R / M #:  104 / 0

## Appearances:

Peduto

Debtor:
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

Kavalchick   Pa Revenue

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __6-3-21__ at __11:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continue for counsel to review calc in view of stip/order on IRS claim

4/27/2021   3:42:06PM