Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Elleni Berger** | : | Case No. 18−20778−GLT |
| **aka Elleni Klimantis, aka Helen Berger** | : | Chapter: 13 |
| **Randy D. Berger** | : | |
| *Debtor(s)* | : | |
| | : | Related to Docket No. 147 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 7th of September, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Elleni Berger  
Randy D. Berger  
    Debtors

Case No. 18-20778-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 309 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elleni Berger, Randy D. Berger, 150 Millview Drive, Pittsburgh, PA 15238-1626 |
| cr | + | Borough of Fox Chapel, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 564 Forbes Avenue, Manor Building, Pittsburgh, PA 15219-2908 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14831109 | + | ALLY BANK, CENLAR FSB, Attn: BK Department, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14784057 | + | Allstate, 1200 Atwater Drive, Suite 110, Malvern, PA 19355-8782 |
| 14784058 | + | Ally Financial Bank/Cenlar, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 14814960 | + | Borough of Fox Chapel, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14784061 | + | Clearspring Loan Services, Inc., P.O. Box 52238, Idaho Falls, ID 83405-2238 |
| 14784062 | | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0432 |
| 14784065 | + | Duqesne Light, 411 7th Avenue, Pittsburgh, PA 15219-1942 |
| 14784066 | + | Equitable Gas, P.O. Box 6766, Pittsburgh, PA 15212-0766 |
| 14784067 | ++ | FARMERS FINANCIAL SERVICES INC, 5922 CURZON AVE, FORT WORTH TX 76107-5012 address filed with court:, Farmers Financial Services Inc., 2905 Lackland , Suite A, Fort Worth, TX 76116 |
| 14830993 | + | Federal National Mortgage Association, c/o Seterus Inc, PO Box 1047, Hartford, CT 06143-1047 |
| 14784068 | + | Fox Chapel Area School District, c/o Paul J. Giuffre, Solicitor, FCASD, 221 Commercial Avenue, Suite 200, Pittsburgh, PA 15215-3054 |
| 14784069 | + | Fox Chapel Authority, 255 Alpha Drive, Pittsburgh, PA 15238-2944 |
| 14826966 | + | Fox Chapel Authority, c/o Mark Nicely, Manager, 255 Alpha Drive, Pittsburgh, PA 15238-2944 |
| 14784070 | + | Honorable Elissa Marie Lang, Magisterial District Court 05-2-04, 1205 Main Street, Pittsburgh, PA 15215-2409 |
| 15064182 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14784073 | + | PA Depertment of Revenue, Bureau of Compliance, Lien Section, P.O. Box 280948, Harrisburg, PA 17128-0948 |
| 14784076 | + | PNC Bank, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222-2707 |
| 14784075 | | Peter Wapner, Esquire, Phelan Hallian Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14784077 | + | Ratchford Law Group, P.C., 409 Lackawanna Ave. Suite 320, Scranton, PA 18503-2062 |
| 14784079 | + | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14821201 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14821577 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14784080 | | UPMC St. Margaret, P.O. Box 382059, Pittsburgh, PA 15250-8059 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14825967 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2021 02:36:41 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14817780 | EDI: BECKLEE.COM | | |

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 309 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 08 2021 06:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14784060 | | EDI: CAPITALONE.COM | Sep 08 2021 06:33:00 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14797134 | | EDI: CAPITALONE.COM | Sep 08 2021 06:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14784063 | + | EDI: PENNDEPTREV | Sep 08 2021 06:33:00 | Commonwealth of PA Department of Revenue, 11th Floor, Strawberry Square, Harrisburg, PA 17128-0001 |
| 14784063 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 02:30:00 | Commonwealth of PA Department of Revenue, 11th Floor, Strawberry Square, Harrisburg, PA 17128-0001 |
| 14784064 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2021 02:36:43 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14826777 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 08 2021 02:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14784072 | | EDI: IRS.COM | Sep 08 2021 06:33:00 | Internal Revenue Service, Cincinnati, OH 45999 |
| 14826115 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 02:36:43 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14828080 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 02:36:43 | PYOD, LLC its successors and assigns as assignee, of Citibank (South Dakota), N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14799099 | | EDI: PENNDEPTREV | Sep 08 2021 06:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14799099 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 02:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14822133 | | EDI: AIS.COM | Sep 08 2021 06:33:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Bank PNC |
| cr | | Cenlar FSB as servicer for Ally Bank |
| cr | | Federal National Mortgage Association (Fannie Mae) |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14784074 | | Pallas Associates, Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14784071 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia, PA 19255 |
| 14784059 | ##+ | Arthur Lashin, Esquire, Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14784078 | ##+ | Seterus, P.O. Box 1077, Hartford, CT 06143-1077 |

TOTAL: 7 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 309 | Total Noticed: 40 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Defendant Commonwealth of Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for Ally Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ally Bank bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Ally Bank djones@sterneisenberg.com bkecf@sterneisenberg.com |
| David Z. Valencik | on behalf of Joint Debtor Randy D. Berger dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Elleni Berger dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Plaintiff Randy Berger dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Elleni Berger dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Randy D. Berger dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Plaintiff Elleni Berger dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| James A. Prostko | on behalf of Creditor Ally Bank jprostko@c-vlaw.com jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Fox Chapel jhunt@grblaw.com cnoroski@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 4 of 4 |
| Date Rcvd: Sep 07, 2021 | Form ID: 309 | Total Noticed: 40 |

Jodi L. Hause
    on behalf of Defendant PNC Bank jodi.hause@phelanhallinan.com  pawb@fedphe.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

Lauren Moyer
    on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com

Mario J. Hanyon
    on behalf of Creditor Bank PNC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Ally Bank wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mark B. Peduto
    on behalf of Plaintiff Elleni Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Joint Debtor Randy D. Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff Randy Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Debtor Elleni Berger mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew Bryce Miller
    on behalf of Defendant The United States of America  The Internal Revenue Service Matthew.B.Miller@usdoj.gov,
    Eastern.taxcivil@usdoj.gov

Nishant Kumar
    on behalf of Defendant The United States of America  The Internal Revenue Service nishant.kumar@usdoj.gov,
    Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov

Nishant Kumar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service nishant.kumar@usdoj.gov,
    Eastern.Taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Ally Bank robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Ally Bank pawb@fedphe.com

Thomas Song
    on behalf of Creditor Bank PNC pawb@fedphe.com

TOTAL: 35