**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ELLENI BERGER<br>RANDY D. BERGER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-20778 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 03/01/2018 and confirmed on 05/02/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 186,744.16 |
| Less Refunds to Debtor | 6.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 186,737.84 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 4,000.00 | |
| 　Trustee Fee | 9,107.51 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,107.51 |

| Creditor Type　Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　ALLY BANK**<br>　　Acct: 9700 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　PNC BANK NA<br>　　Acct: 2867 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　NATIONSTAR MORTGAGE LLC D/B/A MR C<br>　　Acct: 0883 | 0.00 | 56,081.13 | 0.00 | 56,081.13 |
| 　ALLY BANK**<br>　　Acct: 9700 | 21,581.65 | 21,581.65 | 0.00 | 21,581.65 |
| 　ALLY BANK**<br>　　Acct: 9700 | 0.00 | 88,406.48 | 0.00 | 88,406.48 |
| 　ALLY BANK**<br>　　Acct: 9700 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　NATIONSTAR MORTGAGE LLC D/B/A MR C<br>　　Acct: 0883 | 5,156.46 | 0.00 | 0.00 | 0.00 |
| 　PA DEPARTMENT OF REVENUE*<br>　　Acct: 6677 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　FOX CHAPEL ASD (FOX CHAPEL BORO) (R<br>　　Acct: S110 | 12,313.18 | 1,944.08 | 2,421.30 | 4,365.38 |

| 18-20778 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | INTERNAL REVENUE SERVICE*  Acct: 6677 | 66,577.16 | 0.00 | 2,524.51 | 2,524.51 |
| | FOX CHAPEL BOROUGH (RE)  Acct: S110 | 1,391.04 | 228.84 | 244.91 | 473.75 |
| | FOX CHAPEL BOROUGH (RE)  Acct: S110 | 709.18 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (RE TAX)*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FOX CHAPEL ASD (FOX CHAPEL BORO) (R  Acct: 0110 | 5,734.26 | 0.00 | 0.00 | 0.00 |
| | | | | | 173,432.90 |
| Priority | | | | | |
| | DONALD R CALAIARO ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELLENI BERGER  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELLENI BERGER  Acct: | 6.32 | 6.32 | 0.00 | 0.00 |
| | CALAIARO VALENCIK  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CALAIARO VALENCIK  Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| | CALAIARO VALENCIK  Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | CALAIARO VALENCIK  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF REVENUE*  Acct: 6677 | 1,244.00 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*  Acct: 6677 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLY BANK**  Acct: 9700 | 1,050.00 | 197.43 | 0.00 | 197.43 |
| | ALLY BANK**  Acct: 9700 | 250.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 197.43 |
| Unsecured | | | | | |
| | ALLSTATE++  Acct: 0063 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 4402 | 2,973.33 | 0.00 | 0.00 | 0.00 |
| | CLEARSPRING LOAN SERVICES  Acct: 1023 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC, ASSIGNEE  Acct: 4280 | 1,132.02 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*  Acct: 3437 | 815.26 | 0.00 | 0.00 | 0.00 |
| | EQUITABLE GAS - NOW PEOPLES NATUR  Acct: 0018 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FARMERS FINANCIAL SERVICES INC  Acct: 2731 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FOX CHAPEL AUTHORITY  Acct: 6803 | 1,424.96 | 0.00 | 0.00 | 0.00 |
| | CREDITOR INFORMATION MISSING OR VA(  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ABRAHAMSEN RATCHFORD++  Acct: 5657 | 0.00 | 0.00 | 0.00 | 0.00 |
| | UPMC HEALTH SERVICES | 2,467.04 | 0.00 | 0.00 | 0.00 |

| 18-20778 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 5509 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5012 | | | | |
| | INTERNAL REVENUE SERVICE* | 362,589.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 6677 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 351.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 7270 | | | | |
| | PA DEPARTMENT OF REVENUE* | 11,050.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 6677 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 1,241.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 2005 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 2,250.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 1005 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 1,009.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 434.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 1003 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 771.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 1005 | | | | |
| | UPMC PHYSICIAN SERVICES | 165.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5509 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 104.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ADVANTA BANK CORPORATION | 26,677.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 3222 | | | | |
| | PYOD LLC - ASSIGNEE | 936.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 4132 | | | | |
| | LAUREN M MOYER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANTHONY T KOVALCHICK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ARTHUR LASHIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                               173,630.33

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,544.00 |
| SECURED | 113,462.93 |
| UNSECURED | 416.395.32 |

Date: 09/29/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com